**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **DEMETRIUS FRAZIER,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| **v.** | )   **CIVIL ACTION NO. 1:25-00024-JB-N** |
| | ) |
| **TERRY RAYBON, et al.,** | ) |
| | ) |
| **Respondents.** | ) |

**EXPEDITED BRIEFING ORDER**

This action is before the Court on Demetrius Frazier's Petition for Writ of Habeas Corpus

Under 28 USC § 2241.  (Doc. 1).  Respondents are **ORDERED** to respond to the Petition not later

than **January 22, 2025**.  Petitioner may file a reply to the response not later than **January 24,**

**2025**.  The Petition and related documents will be taken under submission on **January 26, 2025.**

    **DONE and ORDERED** this 17th day of January, 2025.


                /s/ JEFFREY U. BEAVERSTOCK
                CHIEF UNITED STATES DISTRICT JUDGE