UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEMETRIUS FRAZIER, | |
| Petitioner, | |
| v. | CASE NO. 1:25-00024-JB-N |
| TERRY RAYBON, Warden, Holman Correctional Facility, and | HON. JEFFREY U. BEAVERSTOCK |
| HEIDI WASHINGTON, Director, Michigan Department of Corrections, | MAG. JUDGE KATHERINE P. NELSON |
| Respondents. | |

**Notice of Appearance**

PLEASE TAKE NOTICE that on this date, I enter my appearance for Respondent Heidi Washington, Director, Michigan Department of Corrections, in the above matter.[1]

---

[1] Undersigned counsel is not a member of the bar of this Court. He plans on filing a motion to practice in this matter pro hoc vice just as soon as he receives the necessary certificate(s) of good standing.

Respectfully submitted,

Dana Nessel
Michigan Attorney General

s/<u>Scott R. Shimkus</u>
Assistant Attorney General
Criminal Appellate and Parole
Appeals Division
P.O. Box 30217
Lansing, MI 48909
517-335-7650
ShimkusS@michigan.gov
P77546

Dated: January 22, 2025

# Certificate of Service

I hereby certify that on January 22, 2025, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

CHIEF DISTRICT JUDGE JEFFREY U. BEAVERSTOCK
MAGISTRATE JUDGE KATHERINE P. NELSON
JOHN PALOMBI, ATTORNEY FOR PETITIONER
SPENCER J. HAHN, ATTORNEY FOR PETITIONER
LAUREN ASHLEY SIMPSON, ATTORNEY FOR RESPONDENT
TERRY RAYBON

Dana Nessel
Michigan Attorney General

s/Scott R. Shimkus

Assistant Attorney General
Criminal Appellate and Parole
Appeals Division
P.O. Box 30217
Lansing, MI  48909
517-335-7650
ShimkusS@michigan.gov
P77546