# Exhibit A




**MICHIGAN DEPARTMENT OF CORRECTIONS**
**WAYNE COUNTY ADULT PROBATION SERVICES**

## PRE-SENTENCE INVESTIGATION REPORT

TO: HON. __Wendy Baxter__                          SENTENCE DATE: __April 8, 1993__
RE: __FRAZIER, Demetrius Terrance__ *AKA           DOCKET NO.: __92-10671__
AGE: __20__   D.O.B.: ▉▉▉▉▉   CASE NO.: __F-200087-2__   PROSECUTOR'S NO.: __92-220958-0__
ATTORNEY: __James Jackson__   APPOINTED: __X__   RETAINED: _____

### A. CURRENT CONVICTION(S)

| Final Charge(s) | Maximum Penalty | Bond | Proposal B |
|---|---|---|---|
| 1. Murder Second Degree | Life | NO | YES |
| 2. Felony Murder | Life | NO | YES |
| 3. Felony Firearm | 2 Yrs. | NO | YES |
| 4. | | | |
| 5. | | | |

Credit for Time Served: __391__ Days
Guilty by: Plea ____ Jury __X__ Judge ____ Plea Under Advisement: ____
Date of Conviction: __3/19/93__    Sentence Agreement: __Ct. Habitual Criminal Second Offender Dismiss by Prosecutor on 3/22/93.__

### B. PRIOR RECORD

NO. of: FELONY CONVICTIONS __1__   MISDEMEANOR CONVICTIONS __0__   JUVENILE OFFENSES __3__   PENDING CHARGES __35 Felonies__
CURRENTLY UNDER SENTENCE: CHARGE __B&E O/D__   SENTENCE __2 Yrs. Probation__
PROBATION:   ACTIVE __NO__   FORMER __YES__   PENDING VIOLATION __YES__
PAROLE:      ACTIVE __NO__   FORMER __NO__    PENDING VIOLATION __NO__
PRESENTLY IN CUSTODY: __YES__   FACILITY AND LOCATION: __WAYNE COUNTY JAIL__

### C. PERSONAL

PSYCHIATRIC PROBLEMS __NO__   SUBSTANCE ABUSE HISTORY __NO__   CURRENTLY EMPLOYED __NO__
PHYSICAL HANDICAPS __NO__   ACTIVE USER __NO__   GRADE LEVEL ACHIEVED __G.E.D.__

*STOVALL, Dorian          PROBATION DEPARTMENT RECOMMENDATION
          INCARCERATION as mandated by statute on all charges.

Restitution is not recommended at this time, as we were unable to contact members of the deceased complainant's family.

AGENT: __Andrew A. Jasina, Jr. 224-2763__   CASELOAD NO.: __928__   DATE: __4/6/93__
SIGNATURE: _____                            SUPERVISOR'S APPROVAL: _____
   AAJ:IMG:nh

(2)

FRAZIER, Demetrius Terrence
A.K.A. STOVALL, Dorian
Docket No. 92-10671
Case No. F-200087-2
Page 1

## EVALUATION AND PLAN:

Attached hereto and made a part thereof is a Pre-Sentence Investigation Report completed on 8/12/91 for Judge Dominick R. Carnovale, Docket #91-7627. Any additions or corrections are contained herein.

The defendant's strengths consist of his reasonably good health, his completion of high school, and no evidence of a substance abuse problem.

The defendant's weaknesses consist of a prior adult and juvenile history. He was on probation at the time of the instant offense. The defendant does not maintain consistent employment. The nature of the instant offenses is extremely brutal and assaultive.

The prognosis for the defendant's future is poor. In view of the mandatory nature of the sentences required by statute, we recommend maximum incarceration. It appears that the defendant could benefit from psychological counselling while incarcerated.

Restitution is not recommended at this time, as we were unable to contact members of the deceased complainant's family.

## INVESTIGATOR'S DESCRIPTION OF THE OFFENSE:

The defendant, Demetrius Terrence Frazier, forced the complainant, Crystal Linda Kendrick, age 14, into a vacant house across from 8844 Woodmont, Detroit, MI, at gunpoint at approximately 4:00 a.m. on 3/8/92. The complainant undressed in the vacant house. The complainant bolted from the house when the defendant put the gun down to undo his pants. The defendant picked up the gun and chased the complainant across the street. He caught her and fatally shot her in the head. The defendant then left the area. A passing motorist discovered the naked, dead body of the complainant and notified the police. An autopsy was performed on 3/8/92 and the cause of death was determined to be a gunshot wound to the head (File #2124-92).

## VICTIM'S IMPACT STATEMENT:

This writer was unable to contact any family members of the deceased complainant, Crystal Linda Kendrick, for purposes of restitution. A Victim Impact Statement was returned by Nancy Harrison who stated that the family was in need of and receiving

③

FRAZIER, Demetrius Terrance
A.K.A. STOVALL, Dorian
Docket No. 92-10671
Case No. F-200087-2
Page 2

## VICTIM'S IMPACT STATEMENT: Contd.

counselling. The family is described as being in a very traumatic state of mind. A life sentence, the electric chair, or the same treatment the defendant performed on the complainant was recommended.

## DEFENDANT'S DESCRIPTION OF THE OFFENSE:

The defendant declined to discuss any aspects of the instant offense.

## PRIOR CRIMINAL RECORD:

### Juvenile Court:

See attached report.

### Adult Record:

05/19/91    Detroit, MI -- Breaking & Entering Occupied Dwelling -- 7/19/91 pled guilty as charged -- Docket #91-7627 -- 8/15/91 sentenced to two (2) years probation -- 2/26/92 Violation of Probation warrant issued; warrant remains pending.

03/14/92    Detroit, MI -- Sexual Assault -- Charged with five (5) counts of Criminal Sexual Conduct First Degree, Felony Firearm, and Habitual Offender Second -- Docket #92-6945 -- 4/8/93 Final Conference scheduled.

03/14/92    Detroit, MI -- Sexual Assault -- Charged with three (3) counts of Criminal Sexual Conduct First Degree and Habitual Offender Second -- Docket #92-6942 -- 4/8/93 Final Conference scheduled.

03/14/92    Detroit, MI -- Sexual Assault -- Charged with Assault With Intent To Rape, Felony Firearm, and Habitual Offender Second -- Docket #92-6938 -- 4/8/93 Final Conference scheduled.

03/14/92    Detroit, MI -- Sexual Assault -- Charged with two (2) counts of Criminal Sexual Conduct First Degree, Robbery Armed, and Habitual Offender Second Degree -- Docket #92-6943 -- 4/8/93 Final Conference scheduled

COPIED FOIA
NOV 02 1993

(4)

FRAZIER, Demetrius Terrance
A.K.A. STOVALL, Dorian
Docket No. 92-10671
Case No. F-200087-2
Page 3

### PRIOR CRIMINAL RECORD: Contd.

#### Adult Record: Contd.

03/14/92    Detroit, MI -- Weapons Offense -- Charged with Carrying Concealed Weapon and Habitual Offender Second -- Docket #92-6944 -- 4/8/93 Final Conference scheduled.

03/14/92    Detroit, MI -- Burglary -- Charged with Breaking & Entering Occupied Dwelling and Habitual Offender Second -- Docket #92-6940 -- 4/8/93 Final Conference scheduled.

03/14/92    Detroit, MI -- Sexual Assault -- Charged with Criminal Sexual Conduct First Degree, Breaking & Entering Occupied Dwelling, Robbery Not Armed, and Habitual Offender Second -- Docket #92-6946 -- 4/8/93 Final Conference scheduled.

03/14/92    Detroit, MI -- Sexual Assault -- Charged with Breaking & Entering Occupied Dwelling, Criminal Sexual Conduct First Degree (3 Cts.), and Habitual Offender Second -- Docket #92-6939 -- 4/8/93 Final Conference scheduled.

03/14/92    Detroit, MI -- Sexual Assault -- Charged with Breaking & Entering, Criminal Sexual Conduct First Degree (2 Cts.), and Habitual Offender Second -- Docket #92-6941 -- 4/8/93 Final Conference scheduled.

**Note:** Information received by the officer-in-charge of the instant offense indicated that the defendant has three (3) pending cases in Birmingham, AL for Breaking & Entering, Rape, and Murder. Information concerning these charges was to be mailed to this writer, however, the information that we have received via mail does not apply to the defendant. Consequently, the pending charges in Alabama have not been verified.

The defendant's response to community supervision was obviously negative. A condition of probation was that he remain in the Recorder's Court Halfway House for six (6) months. He was admitted on 8/23/91 and left that facility without provocation or staff permission on 8/24/91.

### CREDIT FOR TIME SERVED:

| Time Served  | Location         | Dates              | Total Days |
|--------------|------------------|--------------------|------------|
| Instant Case | Wayne County Jail | 03/14/92-04/07/93 | 391        |

FRAZIER, Demetrius Terrence
A.K.A. STOVALL, Dorian
Docket No. 92-10671
Case No. F-200087-2
Page 4

### MARRIAGE AND FAMILY:

The defendant declined to discuss his personal background or make a statement concerning the instant offense. He mentioned that his last address was on ███████ in Detroit, MI. His reply to questions consisted of "I don't know" or "I don't remember". This writer attempted to contact the defendant's mother, Carol Frazier, at ███████ Detroit, MI on two (2) occasions. The occupants of that residence stated that they had recently moved into that residence and persons we were trying to contact were unknown to them.

In view of the defendant's failure to discuss any aspects of his social history or the instant offense, this writer was forced to rely entirely upon the attached Pre-Sentence Investigation Report.

AAJ:IMG:nb
04/06/93



**MICHIGAN DEPARTMENT OF CORRECTIONS**
**WAYNE COUNTY ADULT PROBATION SERVICES**



# PRE-SENTENCE INVESTIGATION REPORT

TO: HON. __Michael J. Talbot__   SENTENCE DATE: __October 20, 1993__
RE: __Demetrius Frazier__   DOCKET NO.: __92-6943__
AGE: __20__   D.O.B.: __[redacted]__   CASE NO.: __F-200087-3__   PROSECUTOR'S NO.: __82-91-120181-1__
ATTORNEY: __Jay Nolan__   APPOINTED: __X__   RETAINED: ____

## A. CURRENT CONVICTION(S)

| Final Charge(s) | Maximum Penalty | Bond | Proposal B |
|---|---|---|---|
| 1. CSC 1° (2 Counts) | Life | No | Yes |
| 2. R.A. | Life | No | Yes |
| 3. | | | |
| 4. | | | |
| 5. | | | |

Credit for Time Served: __591__ Days
Guilty by: Plea ____ Jury __X__ Judge ____ Plea Under Advisement: ____
Date of Conviction: __10/12/93__   Sentence Agreement: ____

## B. PRIOR RECORD

NO. of:  FELONY CONVICTIONS __4__   MISDEMEANOR CONVICTIONS __0__   JUVENILE OFFENSES __3__   PENDING CHARGES __Multiple Felo[nies]__
CURRENTLY UNDER SENTENCE: CHARGE __Murder 1° Felony / Felony Firearm__   SENTENCE __Life / 2 yrs.__
PROBATION:   ACTIVE __No__   FORMER __Yes__   PENDING VIOLATION __No__
PAROLE:   ACTIVE __No__   FORMER __No__   PENDING VIOLATION __No__
PRESENTLY IN CUSTODY: __Yes__   FACILITY AND LOCATION: __Wayne County Jail__

## C. PERSONAL

PSYCHIATRIC PROBLEMS __No__   SUBSTANCE ABUSE HISTORY __No__   CURRENTLY EMPLOYED __No__
PHYSICAL HANDICAPS __No__   ACTIVE USER __No__   GRADE LEVEL ACHIEVED __GED__

### PROBATION DEPARTMENT RECOMMENDATION

*Incarceration mandated by statute in all counts. Restitution is not applicable because of no formal request by complainant.*

CADIEM FOID
NOV 02 1993

AGENT: __Paul A. Dillard__   CASELOAD NO.: __905__   DATE: __10/19/93__
SIGNATURE: ____   SUPERVISOR'S APPROVAL: ____
                                          Phillip C. Pahama

FRAZIER, Demetrius
Case No. F-200087-3
Dkt. No. 92-6943
Page 1



### EVALUATION AND PLAN:

The Court is to sentence this 20-year-old, single defendant. He was raised by his mother without paternal support and guidance. She counseled him, but the mother appeared unable to exert control. Juvenile probation status and commitment to Camp Maxey failed to deter criminal activity.

His major weakness appears to be compulsive behavior culminating in multiple adult charges stemming from assaultive behavior. The defendant is now under life sentence. A 14 year old female was murdered in this case. He was returned on a writ for prosecution in the instant case. Multiple charges are pending in Recorders Court. A hold has been placed by Birmingham Alabama authorities for Capital Murder. Defendant has remained out of control as indicated by pending misconduct tickets for assault on staff and fighting in the prison setting. Allegedly, he assaulted his present attorney. During the presentence interview, he provided mumbled inappropriate responses and apparently chose not to provide any information. A major focus is placed upon the humiliating assault on the complainant. He violated the safety of her home. It is noted that three minor children were present. The defendant has demonstrated that he is a pronounced threat to community well being and public safety. He appears to be intelligent. His greatest need is therapy and to recognize the redemptive qualities of sincere remorse.

Incarceration is mandated by statute on all counts.

Restitution is not applicable because the complainant has not yet responded to formal inquiry.

### INVESTIGATOR'S DESCRIPTION OF THE OFFENSE:

On 9/1/91 at approximately 11:30 p.m., the complainant, Jacqueline Belinda Gresham, was in the livingroom of her residence located at 13210 Littlefield, Detroit, MI. She was confronted by a male subject. He was wearing the shirt of the complainant's son over his face. Holes were cut for vision and the complainant's belt was around his neck to keep the shirt on. The subject was armed with a knife. He asked for money and the complainant advised that there was none in the house.

Fearing for the safety of the minor children in the home, the complainant went with the subject to the basement stairway of the kitchen. Subject pulled her pants down and he engaged in vaginal intercourse from the rear. The complainant had used Monistat 7 for a yeast infection. He wiped his penis off and put it in complainant's mouth.



FRAZIER, Demetrius
Case No. F-200087-3
Dkt. No. 92-6943
Page 2

### INVESTIGATOR'S DESCRIPTION OF THE OFFENSE: contd.

Subject next took the complainant to the bathroom where he engaged in two acts of vaginal intercourse. Complainant was allowed to administer to the needs of her nephew who was crying. The subject subsequently forced complainant to engage in vaginal intercourse in complainant's bedroom. He asked for a VCR. She placed the VCR on the stereo. The subject then took the complainant's gold herringbone bracelet. The subject attempted to engage in vaginal intercourse again, but failed to ejaculate. Subject then masturbated and ejaculated on complainant's buttocks. Subject then pulled up his pants and told the complainant that she could have the VCR. He left stating that he was doing this because of a bet he made with his friends that he could do it and he won. A upper window had been broken. Prints were lifted from broken glass. A manual comparison was made and the following suspect was identified by Latent Tech Fred Moore to wit: Demetrius Frazier, also known as Dorian Stoval, DPD# 481669. He was subsequently arrested and formally charged.

### VICTIM'S IMPACT STATEMENT:

The telephone number was obtained from Det. Wink, officer in charge. This investigator made contact with complainant's mother. She said that complainant has been engaged in ongoing one on one therapy. Her emotional state gradually improved to the point where "the complainant had the courage to see this through to the end." A message was left for the complainant to make contact with this investigator. At this dictation, a reply has not been received. However, the mother states that the complainant most probably will appear at sentence to express her feelings. The family wants the defendant to receive the maximum sentence.

### DEFENDANT'S DESCRIPTION OF THE OFFENSE:

A visit was made to the Wayne County Jail. The defendant made mumbled responses. The interview was terminated and the defendant was told that information contained in prior Presentence Reports would be utilized.

### PRIOR CRIMINAL RECORD:

#### Youth Bureau:

None.

COPIED FOIA
NOV 02 1993

FRAZIER, Demetrius
Case No. F-200087-3
Dkt. No. 92-6943
Page 3

(4)

PRIOR CRIMINAL RECORD: contd.

Juvenile Court: File #266415

12/16/87     Detroit, MI -- Carrying Concealed Weapon, Pistol on Person; 12/22/87, plea entered as charged and placed on probation.

01/15/88     Detroit, MI -- Violation of Probation on supplemental petition for Breaking & Entering Occupied Dwelling; 1/26/88, plea entered and accepted to lesser included offense of Attempt Larceny From A Building; defendant found in violation of probation and continued.

03/24/88     Detroit, MI -- Violation of Probation on petition for Carrying Concealed Weapon in Motor Vehicle; plea entered and accepted to added count of Curfew Violation; mainly charges dismissed, probation revoked and defendant committed to the State Department of Social Services for placement.

Adult Record:

05/19/91     Detroit, MI -- Breaking & Entering Occupied Dwelling; 7/19/91, pled guilty as charged; 8/15/91, appeared before the Honorable Dominick Carnovale and placed on two years probation; 2/26/93, violation of probation warrant issued; 8/4/93, warrant set aside and case closed without improvement, Dkt. No. 91-007627.

03/14/92     Detroit, MI -- Sexual Assault -- charged with five (5) counts of Criminal Sexual Conduct, First Degree, Felony Firearm, and Habitual Offender 2nd -- 10/20/93, scheduled for Pretrial before Your Honor, Dkt. No. 92-006945.

03/14/92     Detroit, MI -- Sexual Assault -- charged with three (3) counts of Criminal Sexual Conduct, 1st Degree and Habitual Offender 2nd -- 10/20/93, final conference date before Your Honor, Dkt. No. 92-006942.

03/14/92     Detroit, MI -- Sexual Assault -- charged with Assault W/I Rape, Felony Firearm and Habitual Offender, 2nd -- 10/20/93, scheduled for Pretrial before Your Honor, Dkt. NO. 92-006938.

FRAZIER, Demetrius
Case No. F-200087-3
Dkt. No. 92-6943
Page 4

⑤

PRIOR CRIMINAL RECORD: contd.

03/14/92    Detroit, MI -- Weapons Offense -- charged with Carrying Concealed Weapon and Habitual Offender 2nd -- 10/20/93, scheduled for a conference before Your Honor, Dkt. NO. 92-006944.

03/14/92    Detroit, MI -- Burglary -- charged with Breaking & Entering Occupied Dwelling and Habitual Offender 2nd -- pending Dkt. NO. 92-006940.

03/14/92    Detroit, MI -- Sexual Assault -- charged with Criminal Sexual Conduct, 1st Degree, Breaking & Entering Occupied Dwelling, Robbery Not Armed and Habitual Offender 2nd -- 10/20/93, scheduled pretrial date before Your Honor, Dkt. No. 92-006946.

03/14/92    Detroit, MI -- Sexual Assault -- charged with Breaking & Entering Occupied Dwelling, Criminal Sexual Conduct 1st Degree (3 counts) and Habitual Offender 2nd -- 10/20/93, scheduled pretrial date before Your Honor, Dkt. No. 92-6939.

03/14/92    Detroit, MI -- Sexual Assault -- charged with Breaking & Entering, Criminal Sexual Conduct, 1st Degree (2 counts) and Habitual Offender 2nd -- 10/20/93, scheduled pretrial date before Your Honor, Dkt. No. 92-006941.

03/14/92    Detroit, MI -- Count I, Murder II, Count II, Murder 1st Degree Felony and Count III, Possession of Felony Firearm -- 3/19/93, found guilty by jury -- 4/8/93, sentenced on count I, vacated and sentenced to life on count II to be served consecutive to a two year sentence on Count III, Dkt. NO. 92-10671.

03/27/92    Birmingham, Ala -- warrant signed for Capital Murder and Robbery Armed by the Honorable Robert Cahill, District Court, Birmingham, Alabama, Case No. 92-126895 -- hold placed.

The defendant was adjudicated in juvenile court. Compliance to probation was unsatisfactory and he was committed to Camp Maxey where he remained from 3/24/88 until 1/18/90. He was transferred to a halfway house in Flint, MI. The defendant walked away from the halfway house and was sent back to Camp Maxey in March, 1990. He was released in February, 1991 and returned to his mother's home. As part of adult probation, the defendant was instructed

FRAZIER, Demetrius
Case No. F-200087-3
Dkt. No. 92-6943
Page 5

### PRIOR CRIMINAL RECORD: contd.

by the Honorable Dominick Carnovale to spend the first six months in Recorder's Court Halfway House. He was admitted on 8/23/91 and he left the next day. As a consequence, a warrant was issued. The warrant was subsequently set aside and the case closed without improvement. Defendant is now under life sentence. He was initially received at the Riverside Reception Center. He had a misconduct ticket for Disobeying A Direct Order. On 5/27/93, he was received at the Ionia Reformatory. On 7/5/93, he received a ticket for Fighting. He was placed in segregation and eventually returned to prison population. He subsequently asked for protective custody. On 10/4/93, he received a ticket for Fighting With An Inmate and Assault Upon Staff Member. The next day, he was returned on a writ for instant prosecution. Upon return to the prison setting, he will have a hearing on the aforementioned tickets.

Contact was made with Mrs. Becky Yeager, Extradition Secretary with the Birmingham Attorney General's Department. Her telephone number is 1-205-325-5252. She implies that the Birmingham authorities will not request extradition until final disposition on all cases now pending in Recorders Court.

| TIME SERVED | LOCATION | DATES | TOTAL DAYS |
|---|---|---|---|
| Instant Case | WCJ | 03/14/92 to 04/08/92 | 392 |
| Instant Case | Riverside/Ionia Reformatory | 04/09/93 to 10/04/93 | 179 |
| Instant Case | WCJ | 10/05/93 to 10/19/93 | 20 |
| | | TOTAL JAIL CREDIT | 591 |

### MARRIAGE AND FAMILY:

As extracted from Presentence Report under Dkt. NO. 91-7627:

Father:     Roosevelt Roberts, 37, status unknown.

Mother:     Carol Frazier, 36, last resided ▓▓▓▓▓▓ Detroit, MI, ▓▓▓▓▓▓ disconnected.

Sister:     ▓▓▓ Frazier, 16, resides with mother.

Sister:     ▓▓▓ Frazier, 15, resides with mother.

Sister:     ▓▓▓ Frazier, 9, resides with mother.

(7)

FRAZIER, Demetrius
Case No. F-200087-3
Dkt. No. 92-6943
Page 6

### MARRIAGE AND FAMILY: contd.

An attempt was made to interview the defendant in the Wayne County Jail. He made inappropriate mumbled responses and the interview was curtailed. Family history provided in a Presentence Report under Dkt. No. 91-7627 indicates that the defendant never knew his father and had resided with his mother all of his life except for a period of commitment to the Department of Social Services. She indicated that defendant is not a bad person, but is "hard headed" and that she was "unable to watch him all the time". She also indicated that as a juvenile, he tended to sneak out of the house at night and although she talked to him constantly about not committing crimes, he continued to do so. She verified that the defendant had completed his GED requirements at Camp Maxey. She did not believe that the defendant was involved in the use of drugs or alcohol. At that time, she stated that he would be allowed to live with her once released to the community.

Mr. Andrew A. Jasina, Jr., Presentence Investigator under Dkt. NO. 92-10671, made visitation to the maternal home located at ▮▮▮▮▮▮▮▮▮▮ Detroit, MI. Occupants of that residence stated that they had recently moved in and the persons that he was trying to contact were unknown to them. After his intensive and frequent criminal involvement in the Detroit area, the officer in charge of this case implies that the defendant went to California and then to Birmingham, Alabama.

### EMPLOYMENT AND ECONOMIC STATUS:

A prior Presentence Report indicates that the defendant was employed by a Mr. Jones in the field of construction earning $7 an hour. He was unaware of Mr. Jones' telephone number or address or the name of his business.

### EDUCATION:

The defendant last completed the 8th grade at Noble Middle School, Detroit, MI before being suspended for insubordination. The defendant implied he received a GED certificate in 1989 at the W.J. Maxey Boys Training School, but Nancy Coleman, Supervisor at that facility was not able to verify.

### SUBSTANCE ABUSE:

The defendant advised Presentence Investigator Witherspoon under Dkt. No. 91-9627 that he did use marijuana, but denied a dependency problem.



FRAZIER, Demetrius
Case No. F-200087-3
Dkt. No. 92-6943
Page 7

## MENTAL AND PHYSICAL HEALTH:

The defendant has an asthma problem. The conviction and referral slip indicates that the defendant is to receive HIV testing. His present emotional state is unknown.

PCP:PAD:sc